

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
  JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

August 15, 2016

Carlos B. Lopez
Constable Precinct 5
1003 Guadalupe St.
Austin, TX 78701

**Re:** IN RE ARIEL PAYAN
**CCA No.** AP-77,052 – Steve Alan Thomas
**Trial Court Case No.** 12-1237-K26

Dear Constable Lopez:

Please serve the enclosed Order to Appear and Show Cause on Ariel Payan. The address for Mr. Payan is 1012 Rio Grande, Austin, TX 78701. The telephone number is (512) 478-3900.

After the officer's return has been executed, please return it to this office: Court of Criminal Appeals, P. O. Box 12308, Capitol Station, Austin, TX 78711, telephone number (512) 463-1551.

Sincerely,

Abel Acosta, Clerk

Enclosures
Certified Mail 7196 9008 8560 0000 0218

cc:    Ariel Payan
       Attorney at Law
       1012 Rio Grande
       Austin, TX 78701
       Certified Mail 7196 9008 8560 0000 0225

Lisa David
District Clerk
Box 24
Georgetown, TX 78627

Jana Duty
District Attorney
405 Martin Luther King, Box 1
Georgetown, TX 78626

Benjamin Wolff
Office of Capital and Forensic Writs
1700 North Congress Ave., Suite 460
Austin, TX 78701

Hon. Donna King
26th District Court
405 Martin Luther King, Box 2
Georgetown, TX 78626



TO: The Sheriff of any County or any Constable of any County, Texas Ranger, Texas Highway Patrolman, or any Peace Officer within the State of Texas.

**GREETINGS:**

   **YOU ARE HEREBY COMMANDED** that you serve upon Ariel Payan of Travis County the accompanying **ORDER TO APPEAR AND SHOW CAUSE** issued from the Court of Criminal Appeals of the State of Texas on August 15, 2016.

   **HEREIN FAIL NOT,** but of this writ and notice made due return, under the penalty prescribed by law, with your endorsement showing how you executed the same.

   **WITNESS MY HAND** and Seal of the Court of Criminal Appeals of the State of Texas affixed at the City of Austin, Texas, on this the 15th day of August, 2016.

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
STATE OF TEXAS
P. O. BOX 12308, CAPITOL STATION
AUSTIN, TX 78711



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

NO. AP-77,052

IN RE ARIEL PAYAN

ORDER TO APPEAR AND SHOW CAUSE FOR FAILURE TO
FILE APPELLANT'S BRIEF ON DIRECT APPEAL
FROM CAUSE NO. 12-1237-K26
IN THE 26TH JUDICIAL DISTRICT COURT
WILLIAMSON COUNTY

*Per curiam.* ALCALA, J., dissents.

## ORDER

In January 2014, appellant Steve Alan Thomas was convicted of capital murder

and sentenced to death. Appellant's brief was due in this Court on June 15, 2016. On

June 28, 2016, appellant filed in this Court a "Joint Motion to Correct Appellate Record

and Abate Appeal." On July 13, 2016, we ordered the trial court to resolve the issue of

inaccuracies in the reporter's record within fifteen days. We declined to abate the appeal.

Thereafter, we received an amended version of Volume 29 of the reporter's record

from the court reporter. On July 27, 2016, the trial court signed an order finding that the amended Volume 29 "properly corrects any and all inaccuracies in that volume."

Appellant's brief is overdue. Before we take any action in this matter, we want to hear from counsel in person. Therefore, we order counsel to appear before this Court at 9:00 a.m. on September 21, 2016, to offer further explanation and address any questions propounded by the Court about the matter.

It is further ordered by this Court that the Clerk of this Court shall issue Notice to Appear and Show Cause commanding Ariel Payan to appear and show cause, in the manner and within the time specified in this order, why counsel should not be held in contempt and sanctioned by this Court for failing to timely file appellant's brief. A copy of this Order shall accompany the Notice. Should counsel file appellant's brief within seven days of the date of this order, then this Court may reconsider this order.

IT IS SO ORDERED THIS THE 15th DAY OF AUGUST, 2016.

Do Not Publish

## **OFFICER'S RETURN**
Steve Alan Thomas - No. AP-77,052

Came to hand on this the _____ day of _____, 20__, at _____ o'clock, ___.M., and executed at TRAVIS County, Texas, on the _____ day of _____, 20__, by delivering to Ariel Payan, the original **ORDER TO APPEAR AND SHOW CAUSE** which accompanied this writ.

To certify which witness my hand officially.

_____
(Signature)

_____
(Print or type name)

_____
(Title)

of TRAVIS County, Texas



# THE STATE OF TEXAS

## NOTICE TO APPEAR AND SHOW CAUSE

TO:  Ariel Payan

**GREETINGS:**

**WHEREAS,** the Court of Criminal Appeals on August 15, 2016, made and entered the order to appear and show cause.  A correct and complete copy of the Order is attached to this Notice and fully incorporated for all purposes.

**NOW, THEREFORE,** Ariel Payan is hereby commanded to appear and show cause, in the manner and within the period specified in the Order of August 15, 2016, why counsel should not be held in contempt and sanctioned by the Court of Criminal Appeals for failing to timely file appellant's brief.

**WITNESS MY HAND** and Seal of the Court of Criminal Appeals, at the City of Austin, Texas, on this 15th day of August, 2016.

_____

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
STATE OF TEXAS